## UNITED STATES DISTRICT COURT

## NORTHERN DISTRIC OF TEXAS

## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 3:17-CR-329-B** |
| | ) | |
| **THOMAS GLEN SMITH** | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR DOWNWARD VARIANCE

NOW COMES, THOMAS GLEN SMITH, by and through his attorney for record, Mark D. Griffith, and files this Memorandum and Request for Downward Variance from the Sentencing Guidelines.  In support of such the Defendant would show the following:

### INTRODUCTION AND BACKGROUND

On January 18, 2018, Thomas Glen Smith, will come before this Court for sentencing after being convicted by voluntary plea of guilty on August 1, 2017.  At the time of sentencing, Mr. Smith will respectfully request that the Court "vary" from the Guideline sentence and impose a sentence that will permit a lesser sentence than those suggested by the Guidelines.  Specifically, Mr. Smith is requesting a sentence of 12 months incarceration with any probationary period found reasonable and necessary by this Honorable Court to fulfill the purposes of sentencing.

In light of the Supreme Court's decision in *Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 596 (2007), it is clear this this Court enormous discretion in determining the appropriate sentence from Mr. Smith, regardless of the specific sentence called for the Guidelines.  *See United States v. Cavera,* 550 F.3d 180, 200 (2d Cir. 2008) (en banc) (noting that the court will "set aside

a district court's substantive determination only in exceptional cases where the trial court's decision 'cannot be located within the range of permissible decisions' ".; *United States v. Gardellini,* 545 F.3d 1089, 1095 (affirming downward variance and nothing "it will be the unusual case when we reverse a district court sentence-whether within, above, or below the applicable Guidelines range-as substantively unreasonable");

## FACTORS FOR DOWNWARD VARIANCE

The Court will find attached to this filing multiple examples of descriptions of who Thomas Glen Smith, the Defendant, truly is.

Thomas Glen Smith has absolutely no prior criminal history.  There are multiple exhibits attached to the attachment that will show the true character of Thomas Glen Smith outside of the criminal offense before this Court for sentencing.

Thomas Glen Smith provided substantial assistance to the Government prior to entering his voluntary plea.

The areas found in the attachment are as follows:

Section 1;      Valedictorian of his graduating class at Milford High School

Section 2;      Navarro College Police Academy awards including Valedictorian Award.

Section 3;      Midwestern State University President's Honor Roll

Section 4;      Texas Commission on Law Enforcement Officer Standards and Education 2/6/09

Section 5;      Certificates and Training as a Police Officer

Section 6;      Waxahachie Daily Light Article regarding the Police work of Thomas Glen Smith

Section 7;      Letters of Appreciated from different law enforcement agencies.

Section 8;      Commendations/Merit Certificates as a police officer

Section 9;      Character and reference letters from close acquaintances and family

## A SENTENCE OF 12 MONTHS CONFINEMENT IS SUFFICIENT BUT NOT GREATER THAN NECESSARY TO FULFILL THE PURPOSES OF SENTENCING

### A. Seriousness of offense, respect for law, just punishment

A Felony conviction and a sentence of 12 months confinement followed by a probationary period deemed appropriate by this Court reflects the seriousness of Mr. Smith's crime. It also serves as a deterrence to any further criminal behavior on the part of Mr. Smith. The public is fully protected with a sentence of 12 months confinement followed by a probationary period deemed appropriate by this Court.

### B. Correctional treatment

Mr. Smith would benefit from vocational training while incarcerated and said vocational training could be ordered as a condition of the probationary period after being released from confinement to allow Mr. Smith to continue to live a productive life and have the means to provide for his family.

### CONCLUSION

For the reasons set forth in the Memorandum and the attachment to same, we respectfully request that Mr. Smith be sentenced to 12 months confinement and to a probationary period after such confinement as deemed appropriated by this Court.

Respectfully Submitted,

_____

Mark D. Griffith, Attorney for Defendant
Griffith & Associates
State Bar # 00785928
Phone; 972-937-9555 or 972-938-8343
Fax;  972-938-8333
email; mark@griffithlegal.com

DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR
DOWNWARD VARIANCE


ATTACHMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:17-CR-329-B |
| | ) | |
| THOMAS GLEN SMITH | ) | |

# Thomas Glen Smith Index

### Education

1. *Milford High School*
   Diploma of Graduation – 05/31/86
   Class Valedictorian – 05/31/86
   Honor Graduate Certificate – 1986
   Certificate of Excellence in Mathematics – 05/31/86

2. *Navarro College*
   Police Academy – Basic Peace Officer 06/13/03
   Police Academy – Valedictorian Award
   Letter re successful complettion of ASP Baton & OC Pepper Spray certification –
   06/17/03
   President's List – Fall Semester 2006
   Letter re Fall President's List – 01/12/07
   Associate of Arts *Magna Cum Laude* – 05/10/08

3. *Midwestern State University*
   President's Honor Roll – Fall 2007

4. Texas Commission on Law Enforcement Officer Standards & Education – 02/06/09

### Certificates/Training

5. Certificates of Completion/Training
   - *O.C. Spray*; Ellis County Sheriff's Department – 06/28/02
   - *Standardized Field Sobriety Testing Practitioner*; Texas A&M University System;
     Texas Engineering Extension Service, Public Safety & Security – 03/02-04/04
   - *Basic Jailer*; Texas Commission on Law Enforcement Officer Standards &
     Education – 03/08/04
   - *Basic Peace Officer*; Texas Commission on Law Enforcement Officer Standards &
     Education – 09/14/04

- *Auto Theft Awareness/Prevention/Investigation*; Texas Automobile Theft Prevention Authority – 03/04/05
- *Sexual Assault & Family Violence Investigators Course*; Texas Municipal Police Association – 04/21/06
- *National Incident Management System an Introduction*; Emergency Management Institute (FEMA) – 07/11/06
- *Intermediate Peace Officer*; Texas Commission on Law Enforcement Officer Standards & Education – 03/21/07
- *Special Investigator*; Texas Commission on Law Enforcement Officer Standards & Education – 03/29/07
- *Kustom Doppler Traffic Radar Operation* – 03/29/07
- *Project Safe Childhood Training*; Regional Police Academy; Texas Commission on Law Enforcement Officer Standards & Education – 10/03/07
- *Kinesic Interview Phase I & II*; Public Agency Training Council – 10/29/07-11/02/07
- *Advanced Police Officer*; Texas Commission on Law Enforcement Officer Standards & Education – 01/23/09
- *Course #3807; NCIC/TCIC Less than Full Access Operator*; Ellis County Sheriff's Office – 03/11/09
- *Basic Auto Theft Investigation*; Texas Department of Public Safety – 04/28/09
- *National Response Framework, an Introduction*; Emergency Management Institute (FEMA) – 09/10/09
- *ICS for Single Resources & Initial Action Incidents*; Emergency Management Institute (FEMA) – 09/10/09
- *Introduction to the Incident Command System, ICS-100 for Law Enforcement*; Emergency Management Institute (FEMA) – 09/10/09
- *Basic LEADRS*; Texas Municipal Police Association – 11/12/09
- *Commercial Motor Vehicle Criminal Interdiction, Rapid Risk Recognition, Assessment & Response*; U.S. Department of Transportation, Federal Motor Carrier Safety Administration, Drug Interdiction Assistance Program – 11/03-05/10
- *Commercial Motor Vehicle Criminal Interdiction, Rapid Risk Recognition, Assessment & Response*; U.S. Department of Transportation, Federal Motor Carrier Safety Administration, Drug Interdiction Assistance Program – 01/11-13/11
- *Simulator Driver Training*; Texas Association of Counties – 02/16/11
- *Simulator Driver Training*; Texas Association of Counties – 05/25/11
- *Regional Auto Theft Vehicle Crimes Awareness*; Midlothian Police Department – 07/06/11
- *Complex Crimes Investigation School*; Texas Department of Public Safety – 08/05/11
- *Stolen vehicle Recognition*; Texas Department of Public Safety – 08/23/11
- *Interrogation Techniques*; Mansfield Police Department – 09/20/11
- *Report Writing Techniques 2049*; Mansfield Police Department – 09/21/11
- *2011 SCRC/TAVTI Conference*; South Central Regional Chapter of the International Association of Vehicle Theft Investigators; Texas Commission on Law Enforcement Officer Standards & Education – 10/21/11

2

- *Texas Cargo Training Summit*; Texas Commission on Law Enforcement Officer Standards & Education – 02/22-23/12
- *Stolen Vehicle Interdiction*; Mansfield Police Department – 03/22/12
- *Master Peace Officer*; Texas Commission on Law Enforcement Officer Standards & Education – 06/19/12
- *2012 SCRC/TAVTI Conference*; South Central Regional Chapter of the International Association of Vehicle Theft Investigators; Texas Commission on Law Enforcement Officer Standards & Education – 10/19/12
- *Cargo Theft Investigation*; Eastfield College – 02/20-21/13
- *Vehicle Owner Arson Fraud*; Tri-County Auto Burglary & Theft Prevention Task Force – 06/20/13
- *Auto Theft Training*; Texoma High Intensity Drug Trafficking Area – 09/23-25/14
- *Prime Time Interviews & Interrogations*; Texas Forensic Associates Consulting & Training – 10/06-08/14
- *Universal Interviewing Tactics*; North Texas Crime Commission – 09/14-15/15
- *2178 8-Hour SFST Refresher Course*; Texas Municipal Police Association – 01/19/16

### Waxahachie Daily Light Article

6.    Article *"Suspects Caught"* which mentions Glen Smith; Waxahachie Daily Light – 05/29/09

### Letters of Appreciation, etc.

7.    Letters of Appreciation, etc.
- Letter from Chris Clark, Texas Rangers to Sheriff Brown mentioning Glen Smith – no date
- Request for Employee Reclassification; Ellis County Sheriff's Department – 07/29/07
- Letter from Al McGinnis to Lt. Laubach re: Glen Smith – 09/06/08
- Ellis County Sheriff's Department recommendation for Commendation – 12/08/08
- Letter from Lt. Jason Westmoreland, CID to Ellis County Sheriff's Department HR Department re: promotion – 02/06/09
- Letter from Phillip Martin, Chief Investigator for the Ellis County DA to Sheriff Brown re: commendation for Glen Smith, etc. – 02/27/09
- Letter from Agent Dustin Mathews; Texas Department of Public Safety to Sheriff Brown re: Glen Smith, etc. – 04/21/10
- Email from Patrick Wilson, Ellis County DA to Glen Smith re: appreciation of report – 06/17/10
- Letter from Harry Schroeder to Ellis County Sheriff's Department re: Glen Smith – 08/08/15

## Commendations/Merit Certificates

8.    Commendations/Merit Certificates
- Commendation for Apprehension of Burglary Suspect – 02/11/09
- Commendation for Murder Investigation – 07/08/09
- Certificate of Merit Award – 07/08/09

## Character Reference/Witness Letters

9.    Character Reference/Witness Letters
- Megan Smith (daughter)
- Haley Sigala (step-daughter)
- Isaiah Sigala (Haley's husband)
- Othel Smith (father)
- Ryan Rodriguez (brother-in-law)
- Shelley Smith-Nelson (ex-wife)
- Michelle Scott (sister)
- Matthew Smith (son)
- Sandra Scott (sister's mother-in-law)
- Heidi Smith (wife)
- Pastor Bert Sigala
- James Ivey, Major Aviation, US Army Retired (neighbor)
- Jesse Ensinia (mother-in-law)
- Louis Essary (long-time friend)
- Lissa Gonzalez (sister-in-law)

# Exhibit 1



# Diploma of Graduation

This Certifies That

## Thomas Glen Smith

has completed the Course of Study prescribed for Graduation from the

## Milford High School

and is therefore awarded this

## Diploma

Given at Milford, Tex., this 31 day of May, 1986

# Class Valedictorian

## This Certifies That

THOMAS GLEN SMITH

Has attained a Distinguished Scholastic Record in the School, as evidence of which this

# CERTIFICATE

of recognition is given at MILFORD HIGH    on MAY 31, 1986

_____
Official                    Title

_____
Official                    Title

INTERSTATE PRINTING CO    DANVILLE, ILL.
Reorder No. 655



# The State of Texas
# Honor Graduate Certificate

*THOMAS GLEN SMITH*

### Name of Student

Has been Declared the Highest Ranking Graduate of the
Senior Class of 1986 in the

*MILFORD*

### High School

And is Entitled to Any Awards Pursuant to this Honor

Superintendent

Principal

CERTIFICATE OF RECOGNITION

This Certifies that

_Glen Smith_

is awarded this Major Testimonial for

_Excellence in Mathematics_

This honor is

Conferred at _Milford High School_

This _17th_ day of _May_ 19_85_.

_Henry Talemantz, Supt._

_Debra S. Hardy_

School Specialty Supply, Inc. 13-326-145 (No. F601)

# Exhibit 2

# NAVARRO COLLEGE

## POLICE ACADEMY

This is to certify that

**Thomas G. Smith**

has successfully completed the 640 hour

## Basic Peace Officer

Course as prescribed by the Academy and approved by the
Texas Commission on Law Enforcement Officer Standards and Education.

Given this 13th day of June 2003

J. Dan Williams, Coordinator
Navarro College Police Academy

# NAVARRO COLLEGE
# POLICE ACADEMY

This is to certify that

*Thomas Glen Smith*

Achieved the distinction of the highest academic record during the
Basic Peace Officer Course and is presented the

*Valedictorian Award*

_____
Dan Williams, Coordinator
Navarro College Police Academy



3200 West 7th Avenue
Corsicana, Texas 75110
(903) 874-6501
FAX: (903) 874- 4636

June 17, 2003

To Whom It Concerns:

Thomas G. Smith graduated from the Navarro College Police Academy in June 2003.
Mr. Smith successfully completed the ASP Baton and OC Pepper Spray certification.
The course consisted of a written exam as well as a skills exam.

If you have any questions, please feel free to contact me.

Sincerely,

Dan Williams
Coordinator
Navarro College Police Academy
(903)875-7642
Fax (903)875-7644
E-mail: dan.williams@navarrocollege.edu

**Navarro College South**
901 N. Martin Luther King, Jr. Blvd.
Mexia, TX 76667
(254) 562-3848   FAX: (254) 562-6613

**Ellis County Center**
1900 John Arden Dr.
Waxahachie, TX 75165
(972) 937-7612   FAX: (972) 937-8763

Navarro College Is An Equal Opportunity Affirmative Action Employer

# Navarro College

## President's List

### Thomas G. Smith

Fall Semester 2006

IN RECOGNITION OF YOUR SUPERIOR ACADEMIC
ACHIEVEMENT, DEDICATION AND COMMITMENT TO
SCHOLARSHIP.

President



NAVARRO
COLLEGE

Office of the President

January 12, 2007

Thomas G. Smith
1570 Sandhurst Dr.
Waxahachie, TX 75165

Subject:  Fall 2006 President's List

It has come to my attention that you earned an "A" in each of your courses at Navarro College during the Fall 2006 semester, and we are extremely proud of your accomplishment. This honor brings you distinction in a very special way. Enclosed please find your certificate of recognition for academic achievement.

We are very proud of students who excel in pursuit of their studies. On behalf of the Navarro College Board of Trustees, faculty and staff, we acknowledge your perseverance, diligence and dedication to excellence.  This achievement is highly commendable, and you should feel honored attaining this recognition. Congratulations on your performance.

A special thanks for making Navarro College your institution of choice.  We hope the time you have spent with us has been satisfying and enriching.

Every good wish for continued success.

Sincerely,

Richard M. Sanchez
President

Enclosure

# Navarro College

has conferred on

## Thomas G. Smith

the degree of

### Associate in Arts
Magna Cum Laude

And all rights and privileges thereunto appertaining.

Issued by the Board of Trustees upon recommendation of the faculty in the City of Corsicana, State of Texas, United States of America, this tenth day of May, in the year of our Lord, two thousand eight.



_Thomas L. Warren_
Chairman of the Board

_Richard M. Sanchez_
President of the College

_____
Secretary of the Board

# Exhibit 3

# Midwestern State University

Through achievement of a 4.0 grade point average

*THOMAS GLEN SMITH*

is hereby declared a distinguished member of the

President's Honor Roll

Fall 2007



Jesse W. Rogers
*President*



Exhibit 4

# Texas Commission On Law Enforcement Officer Standards And Education

## Personal Information

**Name**
THOMAS G. SMITH

**TCLEOSE ID (P ID)**
280475

| **Date Of Birth** | **Citizen** | **Race** | **Gender** |
|---|---|---|---|
| 8/3/1967 | Yes | White | Male |

**Federal ID**

**State ID**
3894666

## Education Information

| Institution | Hours | Education |
|---|---|---|
| MIDWESTERN STATE UNIVERSITY | 33 | Bachelor |
| Navarro College | 32 | College Credits |
| HILL COLLEGE | 54 | |
| Total Hours | 119 | |
| Total Training Hours | 2380 | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Regular Peace Officer | ELLIS CO. SHERIFF'S OFFICE | Peace Officer License | 11/23/2003 | | 5 years,  3 months |
| Reserve Officer | MILFORD POLICE DEPT. | Peace Officer License | 7/7/2003 | 11/24/2003 | 0 years,  5 months |
| Jailer | ELLIS CO. SHERIFF'S OFFICE | Jailer License | 12/4/2001 | | 7 years,  2 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Jailer | 7 years,  2 months |
| Regular Peace Officer | 5 years,  3 months |
| Reserve Officer | 0 years,  5 months |
| Total officer time | 5 years,  7 months |

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Temporary Jailer License | License | | |
| | | Granted | 12/15/2001 |
| | | Expired - Time limit exceeded | 1/11/2007 |
| Jailer License | License | | |
| | | Granted | 7/9/2002 |

## Award Information

| Award | Type | Action | Action Date |
|-------|------|--------|-------------|
| Peace Officer License | License | | |
| | | Granted | 7/10/2003 |
| Basic Jailer | Certificate | | |
| | | Certification Issued | 3/8/2004 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 9/14/2004 |
| Intermediate Peace Officer | Certificate | | |
| | | Certification Issued | 3/21/2007 |
| Special Investigator | Certificate | | |
| | | Certification Issued | 3/29/2007 |
| Advanced Peace Officer | Certificate | | |
| | | Certification Issued | 1/23/2009 |

## Courses Completed

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|-----------|-------------|-------------|--------------|-------------|-------------------|
| 3100 | LAW | 12/20/2007 | 16 | Ellis County Sheriff's Office | |
| 3027 | Verbal/Nonverbal Communication | 12/19/2007 | 4 | Ellis County Sheriff's Office | |
| 2029 | Tech. Interviewing & Interrog. | 11/2/2007 | 40 | Grand Prairie Police Academy | |
| 3300 | Patrol/Tactical | 9/27/2007 | 8 | ELLIS CO. SHERIFF'S OFFICE (Training Rosters) | |
| | | Unit Hours | 68 | | |

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|-----------|-------------|-------------|--------------|-------------|-------------------|
| 3800 | Technical/Specialized | 4/25/2007 | 4 | ELLIS CO. SHERIFF'S OFFICE (Training Rosters) | |
| 3300 | Patrol/Tactical | 2/9/2007 | 3 | Ellis County Sheriff's Office | |
| 3300 | Patrol/Tactical | 10/13/2006 | 3 | Ellis County Sheriff's Office | |
| 2106 | Crime Scene Investigation (Intermediate) | 8/22/2006 | 32 | Ellis County Sheriff's Office | Crime Scene Investigation (Intermediate) |
| 2105 | Child Abuse Prevention and Investigation (Interm.) | 8/11/2006 | 24 | Ellis County Sheriff's Office | Child Abuse Prevention and Investigation |
| 3300 | Patrol/Tactical | 8/3/2006 | 8 | Ellis County Sheriff's Office | |
| 3300 | Patrol/Tactical | 7/10/2006 | 4 | Ellis County Sheriff's Office | |

## Courses Completed

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3841 | Crisis Intervention Training | 5/23/2006 | 16 | Ellis County Sheriff's Office | Crisis Intervention Training Peace Officer Intermediate Options Peace Officer Intermediate Options 1987-01 Peace Officer Intermediate Options 2005-01 Peace Officer Intermediate Options 2006-01 |
| 3737 | New Supervisor's Course | 4/27/2006 | 40 | ELLIS CO. SHERIFF'S OFFICE (Training Rosters) | Cultural Diversity Special Investigative Topics |
| 3264 | Special Investigator Certification Course | 4/21/2006 | 24 | Texas Municipal Police Association | Special Investigative Topics |
| 2108 | Arrest, Search, and Seizure (Intermediate) | 4/2/2006 | 24 | Ellis County Sheriff's Office | Arrest, Search, and Seizure (Intermediate) |
| 3100 | LAW | 2/21/2006 | 4 | Ellis County Sheriff's Office | |
| 3939 | Cultural Diversity | 2/1/2006 | 4 | Ellis County Sheriff's Office | Cultural Diversity |
| 3300 | Patrol/Tactical | 1/26/2006 | 6 | Ellis County Sheriff's Office | |
| 3232 | Special Investigative Topics | 12/15/2005 | 12 | Ellis County Sheriff's Office | Special Investigative Topics |
| 3300 | Patrol/Tactical | 11/18/2005 | 4 | Ellis County Sheriff's Office | |
| 3300 | Patrol/Tactical | 10/11/2005 | 3 | Ellis County Sheriff's Office | |
| | | **Unit Hours** | **215** | | |

**09/01/2003 - 08/31/2005**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 32001 | Basic Crime Investigation [DE] | 7/16/2005 | 8 | TCLEOSE POSEIT | |
| 32002 | Rural Organized Crime [DE] | 7/16/2005 | 3 | TCLEOSE POSEIT | |
| 32006 | Overview of Drugs (DE) | 7/16/2005 | 3 | TCLEOSE POSEIT | |
| 3256 | Racial Profiling | 7/14/2005 | 7 | TCLEOSE POSEIT | Racial Profiling |
| 3300 | Patrol/Tactical | 3/9/2005 | 1 | Ellis County Sheriff's Office | |
| 3200 | Investigations | 3/4/2005 | 8 | North Central Texas Reg. Academy | |
| 3100 | LAW | 2/11/2005 | 4 | Ellis County Sheriff's Office | |
| 3200 | Investigations | 1/28/2005 | 24 | Ellis County Sheriff's Office | |
| 3277 | Identity Theft | 1/7/2005 | 4 | Ellis County Sheriff's Office | Identity Theft |
| 3300 | Patrol/Tactical | 10/23/2004 | 2 | Ellis County Sheriff's Office | |
| 3100 | LAW | 9/21/2004 | 4 | Ellis County Sheriff's Office | |
| 3300 | Patrol/Tactical | 7/14/2004 | 4 | Ellis County Sheriff's Office | |
| 3232 | Special Investigative Topics | 4/22/2004 | 16 | Ellis County Sheriff's Office | Special Investigative Topics |
| 2107 | Use of Force (Intermediate) | 3/25/2004 | 16 | Ellis County Sheriff's Office | Use of Force (Intermediate) |

## Courses Completed

**09/01/2003 - 08/31/2005**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3214 | Family Violence Web w/ Exercises | 3/7/2004 | 8 | TCLEOSE POSEIT | Part 1 of 4 (POSEIT) Special Investigative Topics |
| 2067 | S.F.S.T. Practitioner | 3/4/2004 | 24 | TEEX Central Texas Police Academy | |
| 3939 | Cultural Diversity | 2/20/2004 | 8 | Ellis County Sheriff's Office | Cultural Diversity |
| 3300 | Patrol/Tactical | 2/19/2004 | 1 | Ellis County Sheriff's Office | |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 1/15/2004 | 0 | Ellis County Sheriff's Office | Personnel Orientation |
| 2109 | Spanish for Law Enforcement (Intermediate) | 11/21/2003 | 20 | Navarro College Police Academy | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |
| 3300 | Patrol/Tactical | 11/7/2003 | 4 | Ellis County Sheriff's Office | |
| 3100 | LAW | 10/16/2003 | 4 | Navarro College Police Academy | |
| | | **Unit Hours** | 173 | | |

**09/01/2001 - 08/31/2003**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1000 | Basic Peace Officer | 6/13/2003 | 640 | Navarro College Police Academy | Cultural Diversity Special Investigative Topics |
| 3255 | Asset Forfeiture | 3/17/2003 | 4 | TCLEOSE POSEIT | Asset Forfeiture |
| 3504 | Use of Force in a Jail Setting (Intermediate) | 7/15/2002 | 16 | Ellis County Sheriff's Office | Use of Force in a Jail Setting (Intermediate) |
| 1007 | Basic County Jail Course | 6/28/2002 | 80 | Ellis County Sheriff's Office | |
| 3300 | Patrol/Tactical | 6/26/2002 | 4 | Ellis County Sheriff's Office | |
| 3801 | TCIC/NCIC for Peace Officers | 2/5/2002 | 4 | Texas Department of Public Safety LEA | |
| | | **Unit Hours** | 748 | | |
| | | **Total Hours** | 1204 | | |

## Total Hours

| | |
|---|---|
| Total Education Hours | 2380 |
| Total Training Hours | 1204 |
| Total Hours | 3584 |

Exhibit 5

# The Ellis County
## Sheriff's Department

### Sheriff Ray Stewart
Presents this Certificate
Of Completion to

Thomas G. Smith

Who has successfully completed O.C. Spray (4 Hours)

_____
Instructor

_____     6/28/02
John Knight, Training Coordinator    Date

6/28/02



The Texas A&M University System
Texas Engineering Extension Service
Public Safety & Security

## Thomas Glen Smith

*has successfully completed*

## Standardized Field Sobriety Testing Practitioner

Corsicana, TX
for   24 hours
on
March 2–4, 2004

_____
Division Head, Public Safety & Security

_____
Director, Texas Engineering Extension Service

State Board for Educator Certification #500132

LS 1305 1943

DAVID DEWHURST
LIEUTENANT GOVERNOR

RICK PERRY
GOVERNOR



Texas Commission
on
Law Enforcement Officer
Standards and Education

*Hereby Awards The Certification*

*of*

**BASIC JAILER**

*To*

**THOMAS G. SMITH**

*as provided for in the laws of the State of Texas and the rules of the Commission*

March 08, 2004

D. C. JIM DOZIER, J. D., PH. D.
EXECUTIVE DIRECTOR

139100

DAN SMITH
PRESIDING OFFICER

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

Rick Perry
GOVERNOR

David Dewhurst
LIEUTENANT GOVERNOR



# Texas Commission on

# Law Enforcement Officer

# Standards and Education

*Hereby Awards The Certification*

*of*

## Basic Peace Officer

*to*

### THOMAS G. SMITH

*as provided for in the laws of the State of Texas and the rules of the Commission*

September 14, 2004

Dan Smith
PRESIDING OFFICER

D. C. Jim Dozier, J. D., Ph. D.
Executive Director

139100

280475

# Texas Automobile Theft Prevention Authority



**Watch Your Car**
TEXAS AUTOMOBILE THEFT PREVENTION AUTHORITY
*Reduce Auto Theft In Texas*

## Certificate of Training

This certifies that

### Thomas Smith

has successfully completed TCLEOSE-approved training in

## Auto Theft Awareness/Prevention/Investigation

## Given the 4th day of March 2005

*Michelle Lanham*

Michelle Lanham
Program Manager
Reduce Auto Theft in Texas – N. Central Texas Council of Governments

**8 TCLEOSE Training Hours**

# Texas Municipal Police Association

## AWARDS THIS CERTIFICATE OF TRAINING

### TO

### Thomas Glen Smith

In recognition for completing a 24 hour course on April 21, 2006

entitled

## Sexual Assault and Family Violence Investigators Course

Tom Gaylor
Deputy Executive Director

Chris Heaton
Executive Director

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

**THOMAS G. SMITH**

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of this course:

**IS-00700**
**National Incident Management System**
**(NIMS) an Introduction**

*Issued this 11th Day of July, 2006*

Richard Callis
*Acting Superintendent*
*Emergency Management Institute*

FEMA Form 16-51, October 05

0.3 CEU

139100

RICK PERRY
GOVERNOR

DAVID DEWHURST
LIEUTENANT GOVERNOR



Texas Commission on

Law Enforcement Officer
Standards and Education

*Hereby Awards The Certification*

## Intermediate Peace Officer

*of*

*to*

### THOMAS G. SMITH

*as provided for in the laws of the State of Texas and the rules of the Commission*

March 21, 2007

DAN SMITH
PRESIDING OFFICER

TIMOTHY A. BRAATEN
Executive Director

280476

RICK PERRY
GOVERNOR

DAVID DEWHURST
LIEUTENANT GOVERNOR



Texas Commission
on
Law Enforcement Officer
Standards and Education

*Hereby Awards The Certification*

*of*

**Special Investigator**

*to*

*THOMAS G. SMITH*

*as provided for in the laws of the State of Texas and the rules of the Commission*

March 29, 2007

DAN SMITH
PRESIDING OFFICER

TIMOTHY A. BRAATEN
Executive Director



*Certificate of Competency*

# In Kustom Doppler Traffic Radar Operation

The Undersigned Certifies that

**GLEN SMITH**

Name

of the _____ ELLIS COUNTY SHERIFFS OFFICE _____

has satisfactorily completed a training course in the proper operation of Kustom Doppler Traffic Radar.

The above named person is therefore deemed competent to utilize this device for the accurate

determination of vehicular velocity.

3/29/07
Date

_____
Instructor

**KUSTOM** SIGNALS, INC.
A SUBSIDIARY OF PUBLIC SAFETY EQUIPMENT, INC.

©DOES 38
All Rights Reserved

North Central Texas Council of Governments

# Regional Police Academy

*Be it known that*

## *Thomas Smith*

*Has successfully completed the*

**PROJECT SAFE CHILDHOOD TRAINING**

*as prescribed by the academy and the*

*Texas Commission on Law Enforcement Officer Standards and Education*

Manager of Law Enforcement Training
and Regional Police Academy

OCTOBER 3, 2007

Date

6 HOURS

# Public Agency Training Council

National Criminal Justice

CERTIFICATE OF ATTENDANCE

## Glen Smith

Has completed 40 hours in

### Kinesic Interview ® Phase I & II

Grand Prairie, TX

10/29/2007  through  11/2/2007

**Stan Walters**

*Instructor*

South Carolina 047
Indiana 35-1639066

"Dedicated to Setting Training Standards"





James R. Alsup
*Director*



RICK PERRY
GOVERNOR

DAVID DEWHURST
LIEUTENANT GOVERNOR

# Texas Commission on Law Enforcement Officer Standards and Education

*Hereby Awards The Certification*

*of*

## Advanced Peace Officer

*to*

### THOMAS G. SMITH

*as provided for in the laws of the State of Texas and the rules of the Commission*

January 23, 2009

CHARLES HALL
PRESIDING OFFICER

TIMOTHY A. BRAATEN
EXECUTIVE DIRECTOR

# ELLIS COUNTY SHERIFF'S OFFICE

Johnny Brown, Sheriff



## Glen Smith

Has successfully completed Course # 3807

NCIC/TCIC Less than Full Access Operator

8 TCLEOSE Accredited Training Hours

March 11, 2009

Johnny D. Brown
Sheriff

Carol McCol
Instructor Name

TR-91B

# TEXAS DEPARTMENT OF PUBLIC SAFETY

THIS CERTIFIES THAT

## Glen Smith

has successfully completed the required course of study approved by the
Law Enforcement Training Academy for the State of Texas, and is therefore awarded this

CERTIFICATE OF TRAINING FOR    8    HOURS IN

## Basic Auto Theft Investigation

ON THIS DAY OF    April 28th, 2009

_____
Thomas A. Davis, Jr.
Director, Texas Department of Public Safety

_____
Albert Rodriguez
Commander, Training Bureau

TR-9-1B

# TEXAS DEPARTMENT OF PUBLIC SAFETY

THIS CERTIFIES THAT

## Thomas Smith

has successfully completed the required course of study approved by the
Law Enforcement Training Academy for the State of Texas, and is therefore awarded this

CERTIFICATE OF TRAINING FOR   8   HOURS IN

## Basic Auto Theft Investigation

ON THIS DAY OF   April 28th , 2009

_Thomas A. Davis, Jr._
Thomas A. Davis, Jr.
Director, Texas Department of Public Safety

_Albert Rodriguez_
Albert Rodriguez
Commander, Training Bureau

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## THOMAS G SMITH

has reaffirmed a dedication to serve in times of crisis through continued
professional development and completion of the independent study course:

### IS-00800.b
### National Response Framework, An Introduction

Issued this 10th Day of September, 2009



Cortez Lawrence, PhD
Superintendent
Emergency Management Institute

0.3 IACET CEU

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

**THOMAS G SMITH**

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-00200.a**

**ICS for Single Resources and
Initial Action Incidents, ICS-200**

*Issued this 10th Day of September, 2009*



Cortez Lawrence, PhD
Superintendent
Emergency Management Institute

0.3 IACET CEU

# Emergency Management Institute



# FEMA

This Certificate of Achievement is to acknowledge that

## THOMAS G SMITH

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

### IS-00100.LEa
### Introduction to the Incident Command System,
### ICS-100 for Law Enforcement

*Issued this 10th Day of September, 2009*




Cortez Lawrence, PhD
Superintendent
Emergency Management Institute

0.3 IACET CEU

# TEXAS MUNICIPAL POLICE ASSOCIATION

## AWARDS THIS CERTIFICATE OF TRAINING

### TO

**Thomas Smith**

In recognition for completing a 4 hour course on November 12, 2009

entitled

**Basic LEADRS**

Mike Gomez, Jr.
Training Coordinator

Chris Heaton
Executive Director



# UNITED STATES DEPARTMENT OF TRANSPORTATION
## FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

### DRUG INTERDICTION ASSISTANCE PROGRAM

*IN PARTNERSHIP WITH THE*



THE CITY OF
EULESS

*CERTIFIES*

# Glen Smith

*SUCCESSFULLY COMPLETED THE THREE (3) DAY FMCSA / DIAP*

## COMMERCIAL MOTOR VEHICLE CRIMINAL INTERDICTION
*Rapid Risk Recognition, Assessment, and Response*

NOVEMBER 3 - NOVEMBER 5, 2010 ~ EULESS, TEXAS



ROBERT L. "BOB" THOMASSON
PROGRAM MANGER
USDOT / FMCSA
DRUG INTERDICTION ASSISTANCE PROGRAM

Lt. John Williams
TRAINING FACILITATOR
EULESS POLICE DEPARTMENT





# United States Department of Transportation

## FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION

### NATIONAL TRAINING CENTER

### DRUG INTERDICTION ASSISTANCE PROGRAM

*in partnership with the*

## Midlothian Police Department

*Certifies*

# Thomas Smith

*Attended and Participated in*

# Commercial Motor Vehicle Criminal Interdiction

*Rapid Risk Recognition, Assessment, and Response*

Midlothian, Texas ~ January 11 - 13, 2011

Shannon Chelf
Criminal Interdiction Specialist
Drug Interdiction Assistance Program
USDOT FMCSA

# Texas Association of Counties

*Certificate of Course Completion*

*This is to certify that*

## Thomas Smith

*has successfully completed the workshop for the*

## "Simulator Driver Training"

*February 16, 2011*



_____
Don Courtney, Driving Simulator Specialist

_____
Gene Terry, Executive Director

# Texas Association of Counties

*Certificate of Course Completion*

*This is to certify that*

## Thomas Smith

*has successfully completed the workshop for the*

## "Simulator Driver Training"

*May 25, 2011*



Don Courtney, Driving Simulator Specialist

Gene Terry, Executive Director

# CERTIFICATE OF COMPLETION

## Thomas Smith

has successfully completed 8 Hours of training in

### REGIONAL AUTO THEFT
### Vehicle Crimes Awareness

hosted by the Midlothian Police Department on

**JULY 6, 2011**

TCLEOSE #3200



# TEXAS DEPARTMENT OF PUBLIC SAFETY

THIS CERTIFIES THAT

## Glen Smith

has successfully completed the required course of study approved by Law Enforcement Education, and is therefore awarded this

CERTIFICATE OF TRAINING FOR A 40 HOURS IN

## Complex Crimes Investigation School

ON THIS DAY OF August 5th , 2011

Frank Woodall
Deputy Assistant Director, Education, Training & Research

Steven C. McCraw
Director, Texas Department of Public Safety

TR-91B (Rev. 2/10)

# TEXAS DEPARTMENT OF PUBLIC SAFETY

THIS CERTIFIES THAT

## Glen Smith

has successfully completed the required course of study approved by Law Enforcement Education, and is therefore awarded this

CERTIFICATE OF TRAINING FOR 8 HOURS IN

## Stolen Vehicle Recognition

ON THIS DAY OF   August 23, 2011

Steven C. McCraw
Director, Texas Department of Public Safety

Frank Woodall
Deputy Assistant Director, Education, Training & Research

TR-31B (Rev. 8/10)



# MANSFIELD POLICE DEPARTMENT

This is to certify that
**GLEN   SMITH**

has successfully completed a __16__ hour course of study in
**INTERROGATION  TECHNIQUES**

CONDUCTED BY

THE MANSFIELD POLICE DEPARTMENT ON ___SEPTEMBER  20, 2011___

Sgt Rudy Hille
DIRECTOR OF TRAINING

COURSE INSTRUCTOR



# MANSFIELD POLICE DEPARTMENT

*This is to certify that*
GLEN SMITH

*has successfully completed a* 8 *hour course of study in*
REPORT WRITING TECHNIQUES 2049

CONDUCTED BY
THE MANSFIELD POLICE DEPARTMENT ON          SEPTEMBER 21, 2011

_____
COURSE INSTRUCTOR

Sgt Rody Hille
_____
DIRECTOR OF TRAINING



The South Central Regional Chapter

Of the

International Association of Vehicle
Theft Investigators

Glen Smith

Has satisfactorily completed the
approved courses at the

2011 SCRC/TAVTI Conference

And is awarded 22 credit hours by the
Texas Commission on Law Enforcement
Officer Standards and Education
for the study of recommended related and technical
information pertaining thereto

Given in San Marcos, Texas
This 21st day of October 2011



# TEXAS CARGO TRAINING SUMMIT

## FEBRUARY 22-23, 2012

## CERTIFICATE OF TRAINING

*Glen Smith*

**Tri County Task Force**

HAS SUCCESSFULLY COMPLETED 14 TEXAS COMMISSION ON LAW
ENFORCEMENT OFFICERS STANDARDS & EDUCATION (TCLOSE) HOURS

**TCLOSE School Number 3200**

Hosted by Hewlett-Packard, the National Insurance Crime Bureau, Southwest
Transportation Security Council, and the Texas Department of Public Safety








THIS IS TO CERTIFY THAT

# GLEN SMITH

HAS SUCCESSFULLY COMPLETED 14
TEXAS COMMISSION ON LAW ENFORCEMENT OFFICER
STANDARDS AND EDUCATION HOURS

# TEXAS CARGO TRAINING SUMMIT
TCLEOSE COURSE #3200
FEBRUARY 22-23, 2012



# MANSFIELD POLICE DEPARTMENT

*This is to certify that*
## THOMAS SMITH

*has successfully completed a* __08__ *hour course of study in*

STOLEN VEHICLE INTERDICTION

CONDUCTED BY
THE MANSFIELD POLICE DEPARTMENT ON

March 22, 2012

_____
COURSE INSTRUCTOR

_____
Sgt Rudy Hille
DIRECTOR OF TRAINING

139100

RICK PERRY
GOVERNOR

DAVID DEWHURST
LIEUTENANT GOVERNOR



# Texas Commission on

# Law Enforcement Officer

# Standards and Education

*Hereby Awards The Certification*

*of*

# Master Peace Officer

*to*

## THOMAS G. SMITH

*as provided for in the laws of the State of Texas and the rules of the Commission*

June 19, 2012

JOEL W. RICHARDSON
PRESIDING OFFICER

CHIEF KIM VICKERS
EXECUTIVE DIRECTOR

280475

# The South Central Regional Chapter

## Of the

# International Association of Vehicle

# Theft Investigators



## Glen Smith

Has satisfactorily completed the
approved courses at the

## 2012 SCRC/TAVTI Conference

And is awarded 22 credit hours by the
Texas Commission on Law Enforcement
Officer Standards and Education
for the study of recommended facts and material
inaugurated pertaining thereto

Given in El Paso, Texas
This 19th day of October 2012



# Eastfield College

This is to certify that

## Glen Smith

Has completed the course requirements for TCLEOSE

## Cargo Theft Investigation

8 hours

February 20-21, 2013

# Tri-County Auto Burglary & Theft Prevention Task Force

## CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

### GLEN SMITH

HAS COMPLETED 8 HRS. OF INSTRUCTION

VEHICLE OWNER ARSON FRAUD

JUNE 20, 2013
MANSFIELD, TEXAS

6-20-13
DATE

TRAINING COORDINATOR



# TEXOMA HIDTA

**Awards this Certificate To:**

## Glen Smith

**In Recognition for completion of**

**Auto Theft Training**

Roanoke TX
September 23-25, 2014



*" Lt. Dan" Cauble*
*HIDTA Training Coordinator*

*Lance Sumpter*
*NT HIDTA Director*

N H A C



**Texas Forensic Associates**

**Consulting and Training**

Veritas Abs Indico
"Truth Through Evidence"

*This Certificate of Training is hereby awarded to:*

# Glen Smith

*for completion of a 24 hour program in:*

## P.R.I.M.E. T.I.M.E.

## Interviews & Interrogations

*Hosted by the Ellis County Sheriff's Office*

*Waxahachie, Texas*

*October 6th – 8th, 2014*

Brian Harris, Training Associate

W. R. Flores, Training Associate

This is to certify that

# Thomas Smith

has successfully completed the 24 hour course

## Universal Interviewing Tactics



to enhance the ability to quickly and accurately read people and situations;
establish rapport; manage emotions; read microexpressions;
ask questions with more confidence and obtain more information;
and, conduct comprehensive interviews to obtain detailed, truthful information.

Hosted by the

### North Texas Crime Commission

on

September 14-15, 2015

Tab W. Cooper, LCC
Instructor
Tab Cooper & Associates, llc

Mary Lee Daugherty
Instructor
Universal Interviewing Tactics, llc



**TMPA**

Texas Municipal Police Association

AWARDS THIS CERTIFICATE OF TRAINING

TO

**Thomas Glen Smith**

In recognition for completing an 8 hour course on 01/19/16

entitled

2178 8-Hour SFST Refresher Course

*Bryan Flatt*

TMPA Training Coordinator

Exhibit 6



**08 TUNDRA DOUBLE CAB**

METROPLEX TOYOTA
39-600 LBJ FREEWAY SOUTH
(I-20 @ HAMPTON) • 972-780-1166



**GRAVELY**

Zero Turns Starting
at $1999.95

Service and Parts available
for most brands.

City Bike & Mower
1310 Hwy 287 Bus. • Waxahachie • 972-937-2701

**ORECK**
VACUUMS

THE VACUUM SHOP
Authorized Dealer
SALES & SERVICE • MOST VACUUMS
400 W. Jefferson
Waxahachie • 972-937-3900
Open Tuesday thru Saturday

**Hyatt & Denemark, L.L.P.**
Law Office
Serving Ellis County and
surrounding Communities

Someday the time may come for you to take a
stand about an issue that truly matters.
You may not need a lawyer today – but we'll still
be there for you tomorrow.
972-224-4600 • 972-224-3000 Fax

# Waxahachie
# Daily Light

**FRIDAY**

May 29, 2009
20 Pages
2 Sections

75 Cents

## Infant death investigated

By FLOYD INGRAM
*The Daily Light*

MIDLOTHIAN —
Emergency medical crews
responded to a 9-1-1 call at
a Midlothian day care
Thursday afternoon on a
report of an unresponsive
infant.

Police and EMTs rushed
the 4-month-old boy by
ambulance to the emer-
gency room of Baylor

Medical Center at Waxa-
hachie, where the infant
was pronounced dead by
Justice of the Peace Bill
Woody.

"The call came in from a
home day care in the 200
block of Hillcrest Drive in
the subdivision south of
Midlothian High School,"
said Sgt. Kevin Johnson.

*See INFANT, Page 12A*

## Suspects caught

*Deputies take theft suspects into custody; stolen property recovered*

From STAFF REPORTS

Investigators with the Ellis
County Sheriff's Office con-
tinue to make arrests and
recover property relating to
the recent bust up of a theft
ring.

Scuffles were initially
done at two locations, one in
Ellis County and the other in
Hill County, with several
trailers believed stolen from
the Ellis County area, as well
as numerous four-wheelers
and multi-type all-terrain
vehicles, welders and sad-

dles, among the recovered
items.

Several days later, sheriff's
investigators conducted a
search of a residence and
property in southern Dallas
in connection with informa-
tion received during the
investigation of numerous
theft and burglary offenses
that occurred in Ellis County
during a several-month peri-
od.

During the search, investi-

*See ARRESTS, Page 11A*



Investigator Glen Smith, Sheriff Johnny Brown and
investigator Phil Slaughter look over items recov-
ered from a theft ring.

## Alcohol

## Painting the town



There's going to be painting at an easel on the Gingerbread Trail homes and artists will set up their brushes and pull out their brushes and capture the history and architecture that is Waxahachie, Bohlman said.

"There's no preferred style, materials or artistic interpretation. The creative process is primarily a solitary one, but the paint-out is all about camaraderie. Honest

at 2 p.m. June 5. The paintings are all on display at the Paul of Athens, Texas, on Friday, June 5.

Bohlman said there could easily be 200 paintings produced during the 10-day event.

Long gone are the days when the only 'real' patrons for the arts were the church, the state or the ruling aristocracy — the institutions that kept artists like Rembrandt

"The average person can now take an active part in that artist-patron cycle. You may be taking part in developing the career of a modern master," she said.

"When you're outdoors and watching a paint-out, everyone gets drawn in - as they watch before their eyes, this painting begins to take shape. Next thing you know, that person's thinking, 'I've got to have that.'" Bohlman

Midlothian.

"The quick draw is great because you have to work really fast. It's great for them to get to meet the artist and see the work from beginning to end. It makes for a lot of excitement," she said.

E-mail J. Louise at jlouise.larson@wnhews.com.

street run in Waxahachie, where he has a local connection. He's a member of the Waxahachie Chamber of Commerce and his wife Stacy's mother is artist Karen White.

Allen's production compa-

E-mail J. Louise Larson at jlouise.larson@wnhews.com.

## Arrests

*Continued from Page 1A*

gators recovered numerous items believed to be stolen from the Ellis County area, including welders, hand tools, cordless drills, saws, electronics and various other construction equipment.

Authorities also have recovered several lawnmowers, four-wheelers and other property from various locations in Ellis County. The items were reported stolen to the sheriff's office and other local law enforcement agencies.

Although an exact value of the recovered property has not been determined at this time, the amount is estimated to be in excess of $100,000.

The sheriff's office has taken several suspects into custody on various charges

relating to the property and investigation. Those include:

• James Smith, a 22-year-old male from Red Oak, has been charged with engaging in organized criminal activity and burglary of a building, with bonds totaling $100,000.

• Jason Poer, 18, of Red Oak, has been charged with engaging in organized criminal activity with bonds totaling $75,000. He had previously been out on a burglary charge related to the investigation.

• William Jacob Lane, 31, of Red Oak, has been charged with engaging in organized criminal activity with bonds totaling $75,000.

• Nicholas Vaughn, 20, of Red Oak, has been charged with engaging in organized criminal activity with bonds totaling $75,000.

• Arnold Moya, 23, of Red Oak, has been charged with

engaging in organized criminal activity, three counts of theft/possession of stolen property and multiple other offenses, with bonds totaling $28,000. Moya was already in custody for multiple other offenses and warrants.

Additional arrest warrants have been issued for other suspects and their arrests are pending, with authorities saying investigators continue to follow up leads that they expect will lead to the recovery of other stolen items.

The sheriff's office is being assisted by the Red Oak Police Department, as well as the Auto Theft Services Division of the Texas Department of Public

Safety in the investigation. Investigators with the sheriff's office and local law enforcement agencies are reviewing the items recovered and will notify property owners if their property is identified.

The Criminal Investigations Division of the sheriff's office has fielded hundreds of phone calls regarding the recovered stolen items and would like to know that investigators are working diligently to identify the items recovered and notify property owners.



### TURF-SCAPE
#### LANDSCAPE MANAGEMENT
# 972-938-2956



## B&W Concrete Statuary
5007 S. McKinney, Rice I-45
903-326-4168

15% OFF
All Concrete thru
Mother's Day

## KBEC
### Classic Country
# AM1390

Check Out the
Flea Market
Business Directory
Mon.-Sat.
8am - 10am

Classic Country Coffee Cup
Mornings 6-8 a.m.
Flea Market
Mornings 8 - 10 a.m.
Ellis County News
6:15 a.m.-7:15 a.m.-12:15 p.m.

## True Classic Country Hits
All day. All night. All the time.
*www.KBEC.com*   Phone: 972-938-1390

## WALLY'S PARTY FACTORY
### Your Headquarters for
# Custom Imprinting!

Waxahachie's
one-stop shop
for Custom
Invitations,
Custom Napkin
Imprinting,
Custom
Cups
& More!

Custom Invites

Custom Banners

Napkin
Imprinting

Custom Cups
in many
styles!

Custom Invites While-U-Wait!

WALLY'S PARTY BUCKS STORE COUPON

# Exhibit 7

# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N. LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001
*512/424-2000*
www.txdps.state.tx.us



STANLEY E. CLARK
DIRECTOR
LAMAR BECKWORTH
ASST. DIRECTOR



COMMISSION
ALLAN B. POLUNSKY, CHAIR
C. TOM CLOWE, JR.
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH

Sheriff Johnny Brown
Ellis County Sheriff
300 South Jackson Street
Waxahachie, TX 75165

Dear Sheriff Brown

I am writing to express my gratitude to you for the assistance of members of your agency during a recent investigation I have been working. I have been involved in the investigation of a 16 year old unsolved homicide from Cooke County, Texas. Through this investigation a suspect was developed who was living in your county. This suspect was indicted by a Cooke County Grand Jury. I requested assistance from Lieutenant Jason Westmoreland, who in turn enlisted the help of many of your CID personnel, who assisted with the arrests and transport of this defendant. Namely Captain Brad Norman, Sergeant Alvin Sims, Investigators Kevin Ketchum, Joe Fitzgerald, Glenn Smith, Philip Slaughter. These men assisted even after having worked a late night investigation the night before and came out early in the morning without hesitation. It was their dedication to service which allowed for the safe and uneventful arrest of this defendant. If I may ever have the opportunity to return this favor, never hesitate to call.

Sincerely,

Chris Clark, Sergeant
Texas Rangers, Company "B"
624 NE Loop 820
Hurst, Texas 76053

Guys, Thanks for All the hard work
ya'll Are the PRO's I had hoped for.
Remember this is your Office And you
Always Represent As PROS

Thanks
Johny Brown

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION



# ELLIS COUNTY SHERIFF'S DEPARTMENT
## Memorandum

**RAY STEWART, Sheriff**
Phone (972) 825-4901
Fax   (972) 825-4927

300 South Jackson Street
Waxahachie, Texas 75165

**TO:**        Ellis County Human Resources Department

**DATE:**      Tuesday, July 24, 2007

**SUBJECT:**   Request for Employee Reclassification

**EMPLOYEE:**        SMITH, Thomas G.        SS#  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 .

**OLD CLASSIFICATION:**  Deputy Sheriff I.   .
**OLD PAY RATE:**        $18.95 per hr.   .
**OLD DEPT:**    0010  (Sheriff).

**NEW CLASSIFICATION:**  Deputy Sheriff  II .
**NEW PAY RATE:**        $20.95  per hr.   .
**NEW DEPT:**    0010 (Sheriff) .

**EFFECTIVE:**  July 29, 2007

_____
DEPARTMENT HEAD

07/24/07 .
DATE OF APPROVAL

Copy:  File

*Lt. L. Laubach 9-15-08*

*Great Job !!*   *9/15/08*
*Glen*
*Danny Williams*

Al McGinnis
1430 fm 664
Ferris, TX 75125

September 6, 2008

Dear Lt. Laubach,

I'm writing in regard to a home burglery that occurred on July 9. The case number is 08-11942. After filing a report I was referred to Investigator Glen Smith. While talking with Mr. Smith on the phone, he asked if I, along with two friends, would come to his office to give our statements in writing.

Mr. Smith was very professional and courteous and expressed his confidence that he would be returning our property to us. To be honest, I did not expect results and especially in such a short period of time. We gave our statements on a Friday and the following Thursday he called saying he had recovered the stolen articles. I was very thankful because one of the items, an Apple laptop, had irreplaceable pictures of my son while he was serving in Iraq. All our pictures had been deleted, but I was still pleased to have it back.

I cannot express my gratitude to your department and especially to Mr. Smith for his kindness and helpfulness in the return of our property. Please accept my thanks for doing such a superb job. Agents like Mr. Smith reassure myself and the others involved just how much you and your office do behind the scenes for our community and usually with very little recognition.

Thanks again to you, Mr. Smith, and the others on your staff.

Al McGinnis

*THANKS*

*SHERIFF*

cc:Glen Smith

*Good Job*

# ELLIS COUNTY
# SHERIFFS DEPARTMENT



| SHERIFF'S SUPERVISOR'S REPORT | __X__ COMMENDATION | EMPLOYEE'S NAME GLEN SMITH | | I.D.# |
|---|---|---|---|---|
| | ____ CORRECTION | RANK INVESTIGATOR | DIVISION C.I.D. | WATCH |

**SUMMARY**

On 12-02-08 the above listed investigator was one of several deputies (both patrol and C.I.D.) that worked together as a unit to solve several burglaries and thefts (9-10 at last count) in both Ellis and Navarro counties. It started with the arrest by C.I.D. Sgt. Tobey, Sgt. Shahan (patrol), and Inv. Smith of two suspects from a burglary in progress call and continued with the interviews of the suspects by Inv. Westmoreland, Mckenna, and Scott. From the interview process, enough information was obtained to solve many other crimes in the area. Inv. Westmoreland and Valladares were able to talk one suspect's mother into consent to search her house but search warrant paperwork was ready if needed. Just one of these crimes netted the suspects around $30,000 in cash and tangible property. Another netted the suspect 1200 gallons of diesel fuel. The suspect vehicle (which is expected to be seized by this department) contained several items that were taken in burglaries this date. Most of those items are already set up to be returned to their owners in Ellis and Navarro counties thanks to Sgt. Tobey.   (see reverse side for conclusion)

| EMPLOYEE'S COMMENT (OPTIONAL) | EMPLOYEE ACKNOWLEDGEMENT *Glen Smith* | DATE 12/8/08 |
|---|---|---|

| SUPERVISORS | | DATE | RECOMMENDATIONS |
|---|---|---|---|
| REPORTING Chuck Laubach | | 12-03-08 | ____ FORWARD TO IMMEDIATE SUPERVISOR |
| RANK Lieutenant | DIVISION C.I.D. | | __X__ SAME AS IMMEDIATE SUPERVISOR |
| IMMEDIATE | __X__ SAME AS REPORTING | | ____ CONSIDER ON EVALUATION/TRANSFER/PROMOTION ____ BASIS HIGHER DISCIPLINE FOR FUTURE VIOLATIONS ____ OTHER: |
| RANK | DIVISION | | |
| LIEUTENANT *C. Laubach* | | 17-3-08 | ✓ CONCUR      ____ DO NOT CONCUR COMMENT. |
| CAPTAIN | | | ____ CONCUR      ____ DO NOT CONCUR COMMENT- |
| CHIEF DEPUTY | | 12/03/08 | ✓ CONCUR      ____ DO NOT CONCUR COMMENT- *good job* |
| SHERIFF | | 12/08/08 | CONCUR      ____ DO NOT CONCUR COMMENT- THANKS |

02-06-2009

Debra Brown
Human Resources
Ellis County Sheriff's Office
300 South Jackson St.
Waxahachie, Texas 75165

Subject: Payroll Change

Debra,

      Per Captain Norman, effective 02-08-2009 Investigator Thomas Glen Smith will
be promoted from Deputy II to Deputy III, assigned to Criminal Investigations.   Please
prepare all necessary paperwork to assist in this process.   Investigator Smith is doing an
outstanding job as an Investigator, and has performed above expectations while
investigating criminal activity in the Red Oak area.

Respectfully,

Lieutenant Jason Westmoreland
Criminal Investigations Division

Cc: Captain Norman
     Chief Brearley
     Sheriff Brown





# ELLIS COUNTY AND DISTRICT ATTORNEY

Temporary Administration Building
1201 N. Hwy 77, Suite 104
Waxahachie, Texas 75165-7832
Phone: 972/825-5035 Fax: 972/825-5047

Joe F. Grubbs

February 27, 2009

Sheriff Johnny Brown
Ellis County Sheriff's Office
300 S. Jackson
Waxahachie, TX. 75165

RE: Letter of Commendation for Glen Smith, Rupert Hernandez, Chuck Laubach, Roy Callender, Tommy Eberhart and Terry Ogden.

Dear Sir,

On behalf of the Ellis County District Attorney's Office and myself, I wish to express our appreciation and thanks to the above listed officers. They were instrumental in the successful prosecution of Jason Bishop and many other cases in which they have assisted us on.

Your department's cooperation with our office is greatly appreciated by all of us. As always it is a pleasure working with you and your Deputies.

Respectfully,

Phillip Martin
Chief Investigator

Great job guys
Thanks for all you do
Johny Brown

# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N. LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001**
**512/424-2000**
www.txdps.state.tx.us

STEVEN C. MCCRAW
DIRECTOR
LAMAR BECKWORTH
ASST. DIRECTOR



COMMISSION
ALLAN B. POLUNSKY, CHAIR
C. TOM CLOWE, JR.
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH

April 21, 2010

Ellis County Sheriff's Department
Sheriff Johnny Brown
300 S. Jackson
Waxahachie, Texas 75165

Sheriff Johnny Brown,

I would like to commend a few of your deputies for their criminal enforcement efforts on January 21st, 2010. Deputy Tommy Spaniel displayed his valuable criminal investigative skills when he apprehended two individuals that were in possession of a stolen 2001 Triton bass boat and trailer. The individuals that Deputy Spaniel arrested led Investigators Glen Smith, Phil Slaughter and I to an address in Scurry, Texas for further investigation about the stolen boat and trailer.

When Investigators Smith and Slaughter arrived at the residence their attention to detail and criminal activity lead to the recovery of two stolen motorcycles that were complete and operable. Their investigative and interview skills led to the recovery of an additional motorcycle in the shop that had been disassembled and prepared for shipping to an innocent purchaser. Your investigators played a key role in assisting with interviews and investigative techniques, which yielded information that, produced the recovery of three additional stolen motorcycles and the identification of a suspect in the area.

Investigators Smith and Slaughter assisted Texas Department of Public Safety investigators into late hours of the night without hesitation.

The investigative skills and criminal enforcement efforts that day of Deputy Sergeant Tommy Spaniel and Investigators Glen Smith and Phil Slaughter have been very vital to linking and identifying additional suspects in an ongoing Organized Criminal Enterprise Investigation.

Again, I would like to commend these deputies for a "job well done". They are truly an asset to the Ellis County Sheriff's Department and not only to the citizens of Ellis County, but also to the citizens of the State of Texas.

Sincerely,

Agent Dustin Mathews

*Glen, thanks for all you hard work and being a part of my team.*

Cc:
Sergeant Tommy Spaniel
Investigator Glen Smith
Investigator Phil Slaughter

*EQUAL OPPORTUNITY EMPLOYER*
COURTESY • SERVICE • PROTECTION

Zimbra Collaboration Suite                                    glen.smith@co.ellis.tx.us

# Michael Jackson, Sr. & Jr.
1 Messages

Michael Jackson, Sr. & Jr.                    Thursday, June 17, 2010 10:36:46 AM

From: patrick.wilson@co.ellis.tx.us
  To: glen.smith@co.ellis.tx.us

Glen,

   I just finished reading your report on the Jacksons.  I just wanted to tell you that you did a good job on that case.  I'm particularly impressed with the summary of the investigation you wrote for the arrest affidavit.  There is a lot of information in this case, but you hit all the right high points in your summary.

Thanks,

Patrick


**Patrick M. Wilson**
Asst. County & District Attorney
Ellis County & District Attorney's Office
109 S. Jackson
Waxahachie, TX 75165
p: 972/825-5035

f: 972/825-5240

Mr. Harry Schroeder
634 Sorita Circle
Rockwall, TX 75032-8970

214-695-2235

RE: LARRY JACKSON
8-8-2015

Thanks for your
hard work Glen.
Sgt. Thompson

INVESTIGATOR SMITH

Thanks for your PROMPT HELP IN THIS MATTER

ENCLOSED DOCCUMENT FROM LARRY JACKSON FOR YOUR FILES.

You Guys do A GREAT JOB, NOT ONLY IN BRINGING THIS ISSUE to A SOLUTION, but IN EDUCATING PEOPLE LIKE ME AS to WHAT THE SHERIFFS OFFICE DOES.

Thanks Glenn you make it easy being the Sheriff Thanks for everything Bob

Thanks again
Harry Schroeder

Thanks for all you do. Great work. B. M'Bee

Good job Glen BN

Good Job brother! RR

Exhibit 8



# Ellis County
# Sheriff's Office

*Commendation*

*For the apprehension of a burglary suspect*

*Presented to:*

### Investigator Glen Smith

On February 7, 2009 Investigator Glen Smith played a crucial role while investigating a Burglary of a Habitation where one of the two suspects had fled the location on foot in an unknown direction. After investigating the crime scene, Investigator Smith began trying to determine which direction the suspect had fled. Investigator Smith began walking north across a large pasture ultimately finding additional evidence which was crucial to the case and assisting in identifying the second suspect involved. Investigator Smith went above and beyond the call of duty by taking the initiative to search an area outside the scope of the initial crime scene.



_Dennis A. _____
Chief Deputy

2 - 11 - 2009
Date

_Johnny B. Brown_
Sheriff



# Ellis County
## Sheriff's Office

Commendation for:

Murder Investigation

Presented to:

**Inv. Glen Smith**

On April 11, 2009, Inv. Glen Smith was assigned to work a murder investigation of a motorcyclist found shot to death with no investigative leads. After exhaustive efforts and outstanding investigative techniques during a very heated time frame, a suspect was identified and an arrest warrant obtained three days later. An extensive, difficult, and very involved man hunt ensued which led to the capture of the suspect without incident on April 16, 2009.

_Johnny B.B._____
Sheriff

_Dennis A. Brumley_
Chief Deputy

_7-8-09_
Date




# Ellis County Sheriff's Office

*Certificate of Merit Award*
*Presented to:*
*Investigator Glen Smith*

Investigator Glen Smith is to be commended for a job well done. Investigators Smith and Slaughter began investigating numerous property theft cases and suspected known offenders. This investigation evolved into a 3 month investigation which led to numerous suspects being identified. These two Investigators, through diligent and tenacious effort, continued to investigate the cases exhausting all possible avenues of those responsible, clearly demonstrating their dedicated work ethic. Although this case became confusing at times, they continued to seek justice ultimately filing numerous Organized Criminal Activity charges against multiple defendants. These two Investigators are also responsible for the recovery of stolen property from this investigation that will exceed $120,000. "For excellence in Police work, this award is for outstanding performance of duties under unusual, complicated and hazardous conditions."

_____
Sheriff

7-8-09
Date

_____
Chief Deputy

Exhibit 9

Megan Smith

9900 China Spring Rd

Waco, TX 76708

Your Honor,

I am writing you today to vouch for the character of my dad, Thomas Glen Smith, who faces sentencing before your court. I am aware of the charge against him and I am writing this letter in the hopes that it will help you to see what kind of person my dad is. As his daughter, I believe I can provide you a level assessment of his true character.

For my entire life, I have always held my dad to a high regard. No matter what, he has always been there for his kids, and he's known to comment that his kids are his reason for breathing. He has helped raise his kids to become mature, upstanding individuals. We have always had a very close knit family, and no matter what, we always support each other, through good times and bad. My dad has always done everything he could to make sure we had everything we needed, and I have always appreciated him for his efforts. He has always been a great provider for his family and he is such a hard worker. I have never known him not to work hard, and I know he is this way because of his dedication to his family and what was instilled in him by his own parents growing up. I will say that I can recall his proudest moment, and that was when he became an officer and began serving his community. It is only in my dad's nature to dedicate his time to helping others, but most of all, to keep others safe, even if that means putting himself in harm's way. I can recall countless times over his many years of service to his job and community that I have worried about his safety while working long hours and back to back night shifts in addition to his day job. He's volunteered so much of his time over the years to his job, and he never complained because he just knew it was something he had to do.

Many longtime friends and especially family members, know Thomas Glen Smith to be a very kind, giving, honest, dedicated, and hard-working man, but ultimately, they know him to be a proud father and family man.

I will be honest when I say that this past year and a half has been the most trying time for my dad, myself, and our family. My heart has been completely broken to see the toll that this whole process has taken on him. Because it is a part of his nature to be such a hard worker, it has torn him apart to not be able to work and contribute to his family like he has always done. As his daughter, to see the suffering he's endured, and how his usual lively spirit has been zapped away, it's so upsetting for his family to see, and I plead with the court to examine all of good things he has done. All of the years of service he has contributed, and also all of the suffering and heartache he has endured, but most of all, all that has been taken away from him already this past year and a half. Life as he knew it was dramatically shook up for him and his family and I pray that this is strongly taken into consideration. One of my many hopes for this letter is that you can see what a good man Thomas Glen Smith truly is, and that you can see what his family and close friends know him to be. He's done so much good in his past and made so many sacrifices

1

and contributions not only to his family, but to the people of his community that he has served and helped keep safe.

I can only hope and pray that we are able to move forward from this, and leave behind the constant worry and heartache that we have endured during this long and difficult process, but ultimately, I hope and pray that my dad can get his life back and move forward. I am writing this letter to you today to request for leniency in the sentencing of my dad, and with the utmost respect, I ask for your compassion.

Thank you,

Megan Smith

Daughter of Thomas Glen Smith

2

Thomas Glen Smith's Character Evaluation

By: Haley Sigala

My mother Heidi married Glen (my step-father) in 2006 and this was an amazing thing for me. Before she had meet and married Glen, I would go to my father's house every other weekend as a custody agreement. During those weekends, I was supposed to be spending time with my father, but he would constantly be working and setting me aside, leaving me to be with my step-mother and her children. He would still give me my basic needs, but he was not there for me in an emotional aspect. He did not really seem to want to genuinely get to know me and the things that I was interested in. He would even promise to take me to places like amusement parks or even a place as simple as the ice cream shop. When the time came to go to those places he had promised me, he would bush me off and make up excuses. More than not, the things that he promised he would do for me would not come true. The other times that I would get to do something, it was with my step-mother and her children and my father would either not want to come or be working. I felt as if I did not even know who my father was because I hardly saw him and really got a chance to know him.

When Glen moved in, I saw what a true father should look like. He cared about me, took interest in the things that I loved, and he treated me like I was his own daughter, something that I never felt with my own dad. He taught me how to be responsible, respectable and accountable for my own actions. He taught me right from wrong. He was the man who raised me to be the young woman that I am today. Although he is not my biological father, I consider him to be my father.

I remember how much Glen would sacrifice to help support our family. He would take on extra shifts to help pay for our family vacations or anything else that we needed. He could have easily passed this extra work opportunity up, but he pressed on and was happy to be doing something for us. He is such a hard-working person, always wanting to do for others before himself. When he was not working you would find him at the house with us, playing games of monopoly, traveling to my basketball games, or just enjoying a

1

night watching a movie. Everything that Glen had promised me he would do, would be done. He is a man of his word and never abandoned what he told me he would do. I strive to be someone as caring, compassionate, hard-working, and thoughtful as Glen is. I hope that with this you can see how much Glen means to me and who he truly is.

## Thomas Glen Smith Character Evaluation

Written By: Isaiah Sigala

The first time that I met Glen was a couple weeks after Haley (his step-daughter) and I started dating. As a guy meeting his girlfriend's parents I was nervous, and the fact that her father was a police investigator only heightened my anxiety. However, on that day when Glen asked to speak man-to-man to me, I wasn't threatened or warned about dating his daughter; he started the conversation by asking me about myself and telling me briefly his life's story. He did let me know the expectations he had for Haley and I and set up his ground rules, but to me it seemed that his main goal was to use that opportunity to get to know me one on one. Since then, my respect has only grown for this man who is now my father in-law.

As I began to spend more time with this family, it became clear to me how hard Glen worked to provide for his family. He would put in countless additional hours at work, taking on additional security jobs on top of his investigative work, just to ensure that his family had everything they would ever need (and spoil them occasionally). I have to admit given Glen's occupation, I was expecting him to have a more stern and rigid personality. Although he had that rougher side of him for work, at home he was a humorous, fun, and loving father and husband, and the more that I would spend time with him, the more he treated me as one of his own.

A few years later, Haley's parents decided to move to Hamilton, Texas, where Glen continues to work diligently to improve the home for his family, spending hours landscaping and caring for their animals. Despite living a few hours from Haley and I, he is always inviting us to visit him whenever we can.

Although the past year has been chaotic for Glen and the rest of his family, he has continued to stay firm in providing whatever he can for his family and shows us love as much as he can, which goes to show authenticity of his character: standing strong despite life's overwhelming struggles. So as I reflect and write this, I can clearly see and appreciate all that Glen has done for his family (including me) and hope that I can one

1

day be as good a husband and father as him.

To whom it may concern,

We are writing this letter
on behalf of our son Thomas Alex
Smith. We are so proud of him,
he has worked so hard all of his
life. He has been a role model
for his whole family, he has
3 wonderful children that are
the light of his life. Please
take this all in consideration.

Thankyou verymuch
Ethel & Muriel Smith

August 14,2017

To whom it may concern:

   This letter is to inform you as to the character of Thomas Glen Smith. I met Glen
approximately in 2003, when he began dating my sister.
From the beginning, Glen has fit right into our family. He has always been a great
provider for my sister and her daughter. Once they were married, he took on my niece
as his own daughter. Glen was always proud of his job at the Sheriff's Department and
took it very seriously. He always worked extra security jobs and took on extra classes to
further his career in law enforcement.

Anytime any one of our family members needed help with anything, Glen was eager to
help. I know for a fact he has helped my youngest sister and her husband get a new car
when theirs wasn't working any longer. He also sold me his Ford explorer and let me
make payments to him to help me out. Glen has always been very trustworthy and
dependable. He is a very loyal man and is highly respected by all who know him.
He is the kind of man that would do anything for anyone in need. He is always willing to
help.

Family get togethers at the home of him and my sister are always fun. He has worked
very hard on their farm doing lots of upgrades.
I am very proud of all he has accomplished both professionally when he was in law
enforcement and personally as I see him work hard at the farm.
Never would Glen do anything to put his career in jeopardy or much less break a law.
He respects the law and is very trustworthy and ethical when it comes to doing the right
thing.

I am thankful that my sister found him and decided to spend the rest of her life with him.
As a big brother, I tend to worry about my sisters' well being, however, with him around,
I never worry about my sister or her well being. I know she is taken care of by Glen.
In closing, I hope this letter gives you some insight as to the character if Glen. He is a
great man, a great father, a great brother in law, and someone who I trust
wholeheartedly.

Thank you for your time,
Ryan Rodriguez

1

August 14th, 2017

To Whom It May Concern:

I am writing on behalf of Thomas "Glen" Smith in hopes that it will help you to see what kind a person he is despite the charges against him. I have known Glen as his former wife and the mother of his two children for over 29 years, and in that time I have seen many aspects of his personality. I have always found him to be good, kind, dependable, dedicated, a good father, son, brother, uncle, cousin, friend and very well regarded among his peers.

I hope you will consider Glen's efforts and his long, strong commitment in the service he provided for his community while serving for the ECSO and surrounding communities.

I ask that in judging Glen you consider all the good that he has done, all the contributions he has made, all the sacrifices he made for his family and the intense suffering that has accompanied every single moment of the past year and a half to himself as well as his children, his wife and his family. My heart goes out to you; my prayers are with you, and my hopes that my former husband and father of my children will be granted leniency.

Respectfully and most sincerely,

Shelley Smith-Nelson

1

To whom it may concern,                                          08/15/2017

As Glen's younger sister, I have always loved and respected him. He is a wonderful

man, and has  led a very positive lifestyle. He is very devoted to his children (all

have grown into  successful adults to be very proud of).

He has  been a huge part of our family as a whole and we will continue to support him

and wish him the very best outcome.

This is not only Glen's first conviction, but his first offense ever. Given his otherwise clean

record, I hope and pray that a lesser sentence is given in this situation.

Sincerely,

*Michelle Scott*

117 Meadowlake Lane

Kempner, Texas  76539

(254) 423-8281

Matthew Glen Smith
700 N. Calvert St.
Baltimore, MD 21202

08/16/2017

To Whom it May Concern --

    I am writing on the behalf of my father, Thomas "Glen" Smith. As his only son, I hope to provide you a revealing insight to his character in which I have known for the past 24 years. I have full knowledge of his charge.

    My name is Matthew, or Matt as my dad calls me. I currently reside in Baltimore, MD and work for the state theatre of Maryland, a job I relocated to directly after college. A successful career in the arts requires dedication, a strong work ethic, responsibility, dependability and most of all the ability to be a team player; traits I have learned from my father. While I have chosen a less traditional career path, my father has always confidently supported my decisions as a young adult and has never tried to redirect my passions or change who I am.

    My father has never been afraid of leading by example. One of the proudest moments of my dad was when he went back to college after 22 years and graduated with a Bachelor's degree while working his full-time job at the Sheriff's Department. I feel like this milestone adequately showcases the hard-working and goal-oriented person that is my father. He has also never known a stranger having dedicated many years of his life to serving and protecting the greater community and his family that he has always held in high regard. My dad would give the shirt off of his back to someone in need and has always offered a helping hand to his many friends and neighbors.

    Everyone has made a mistake. I am convinced that my dad possesses the desire and determination to learn from this experience and move in a positive direction in his life. The past year and a half have been surreal to both him and our family, to say the least. He has always been an adamant provider for his family and having to resign from his job has taken that security away from him. I hope that you will consider his well-being and the amount of scrutiny and suffering he's already endured. Please remember the time he has dedicated to protecting his community. I hope and pray that his case is met with empathy. I hope that you grant him leniency with the only charges he has ever had and that my letter has provided you with a greater understanding of who my dad is and has always been.

Sincerely,

Matthew Glen Smith
(Thomas Glen Smith's son)

To Whom it may concern,                                    08/17/2017

Meeting Glen Smith 19 years ago, I knew he was a very observant and strong willed person, and used this used it in his proffesion as a police officer. His ability  to communicate with

people was established as a young child. Glen is a hard worker dedicated to his family. He has 3 adult children whom have chosen thier proffesion in life and are very successful at what they have chosen to do with high goals to acheive. They would not be here without the encouragement of thier father. His acheivements have given him great pride! However,

sometimes we stumble in life, and I hope this will be considered and he can move forward.

Sincerely,

*Sandra L Scott*

117 Meadowlake Lane

Kempner, Texas  76539

(254) 630-8813

1

August 18, 2017

To Whom it may concern,

I am writing to share with you the kind of person my husband Thomas Glen Smith is and hope you see who he truly is.

Prior to me knowing Glen, he was hired in December 2001 as a Detention Officer with the Ellis County Sheriff's Office. While he was working as a Detention Officer he wanted to pursue his dream of becoming a Law Enforcement Officer. He then enrolled with the Police Academy through Navarro College in Waxahachie, TX. With his hard work, motivation and determination he graduated Valedictorian. Once he graduated he then became a Deputy with the Ellis County Sheriff's Office.

I met Glen 2003 while also working at the Ellis County Sheriff's Office. We dated for a few years and got married in 2006. I knew as soon as I met Glen he was the right person for me. I married Glen for his generosity, his giving heart and his passion for helping others. Throughout our marriage Glen has not only helped and been there for his kids but he took my daughter in as his own. My daughter was 7 years old at the time Glen and I met. She never had much of a father. Glen took her in showed her love, compassion and taught her values in life. I am so grateful to have found such an amazing person that showed my daughter such love. Glen has been there for all of our kids anytime they needed help financially, even through their young adults years, he never hesitated. Most parents cut their kids off financially at 18 years old, not Glen, that is not the Dad nor person that he is. If he could help, he most certainly would. There were even times it meant putting his (our) needs last, he would always help them.Whether it was helping them getting a car or giving them money to help pay their bills, Glen was always there. Not only has Glen helped our kids, he also helped family members. This includes helping my sister and brother in law, who were going through hard times getting a vehicle. Glen did not hesitate, he also helped his brother get a vehicle when he was having a hard time. Anytime Glen knew of someone in need he would do what he could.

Glen later enrolled in online courses with Navarro College to further his Law Enforcement career. During this time he was a full time Deputy, working the streets on patrol and continuing his education. Glen worked hard and graduated Magna Cum Laude in May 2008 and received his Associate's Degree.

Glen loved being a Patrol Deputy, but he knew he wanted more. He was going to work hard and continue to further his career.

Glen was then promoted to the Criminal Investigation Division, over Property Crimes. Glen loved working Property Crimes. He would tell me it brought him joy to know that he had not only located someone's stolen property but was able to return it to them and to see the happiness on their face. Glen always took his job serious and worked very hard at solving cases. Glen was

always receiving compliments from his supervisors because he was the only investigator that had the most solved cases. Glen's passion was his family and his job. He loved his job even on the most stressful days.

Even though Glen loved his job, he still wanted more. He wanted to continue to further his education in Law Enforcement, so he enrolled at Midwestern State University in Wichita Falls, TX taking online classes. Once again with his hard work and determination he graduated Cum Laude and received his Bachelor's Degree in December 2008.

While working in C.I.D., he was later asked to join the Tri County Auto Theft Task Force, which was a multi county program. Once again, Glen continued to work hard and worked close with other agencies on locating stolen vehicles, trailer etc. Glen also assisted in taking down a major theft ring that originated in Mills County. While the Tri County Auto Theft Task Force program didn't last long and even though he loved being a part of it, he returned to C.I.D., back to Property Crimes.

During his career with Ellis County Sheriff's Office, Glen attended numerous classes to further his education. Glen also received numerous letters of commendations from his supervisor's and letters from citizens thanking him for his kind heart, his professionalism and for returning their valuable possessions quickly. This is just who Glen is, he has always been such an honest, hard worker with a great work ethic, who was very passionate about his job.

Glen's work ethic continues to this day in his personal life. He is constantly working on a project at home and loves staying busy. One of our neighbors is an elderly lady and Glen is always helping her do things around her property, things she is not able to do on her own. Glen is constantly going over to check on her, taking her a plate of food or asking me to bake something for her. Even though he has this heavy stressful burden that is constant in our lives, Glen is not thinking of himself, he is thinking of others. Glen also loves spending time with family, we have taken our kids on several vacations, because we love spending as much time with them as possible. Being with his family is very important to him.

Glen and I have been married for 11 years now and I have loved every minute with him. Glen has taught me how to be caring, loving, giving and a patient person. He has always been a provider, a hard worker, loving and very supportive husband. Glen will do anything for me, and I would do anything for him. We love each other very much and my love and support for Glen will never waiver, because I know the person Glen really is.

Glen is also and amazing Dad. He has always taught our kids to be honest, hard working, to have morals, good values and the importance of staying out of trouble. He has always taught them the importance of continuing their education by pursuing College after graduation. Our oldest daughter enrolled in online classes with Texas A&M Commerce, graduated with a Bachelor's Degree and is currently working at Mclennan Community College in Waco, TX. Our son graduated with an Associate's Degree from McLennan Community College. He then went

on to continue his education attending Santa Fe School of Art and Design where he graduated with a Bachelor's Degree of Fine Arts in Theatre Design. He is currently on a paid internship in Baltimore,Maryland working with Broadway Designers. Our youngest daughter recently got married to a wonderful young man last year. They are both about to start their 3rd year with UTA in Arlington, TX. She is majoring in Psychology, and her husband majoring in Architecture.

It is because of Glen that our kids are responsible, motivated, determined, honest, hardworking, productive citizens. Glen and I worked hard to make sure our kids had a good future and were determined to instill good values in them. I know it is because of Glen's presence, support, love, that our kids have succeeded and continue to succeed in life. I don't know if Glen realizes how much of a positive role model he is for his children, I just hope that he realizes it now because \they have always looked up to him and continue to.

I along with his kids, his parents, his extended family and friends will continue to love and support Glen. We are all human, sometimes we stumble and I understand Glen made a terrible mistake but this is not who Glen is. I hope I have helped you see the good person Glen is, all his accomplishments, the love for his family, the love he had for his job, and the passion he has for helping others. Please take into consideration the loss that Glen has endured by this mistake, his career and all he worked hard for. Everyday has been a constant stress and heavy burden for him and our family. I hope and pray that you will offer him leniency in this matter.

Respectively,
Heidi Smith

August 20, 2017

To Whom It May Concern:

My name is Jesus "Bert" Sigala. I am the pastor of Primera Iglesia Bautista (Primera Baptist Church) in Waxahachie, Texas. I am writing this letter on behalf of Thomas Glen Smith, better known to me as "Glen." I've known Glen for approximately 3 and 1/2 years. Glen is the step father to my daughter in law Haley. My son, Isaiah, married my beautiful daughter in law last June. Since then I've been proud to call Glen family.

Throughout the time that I've known Glen, I've had the opportunity to get to know the type of man he is.  I would like to share a little of that with you. For starters, Glen is very hard working and talented.  He is great with his hands and often works in his shop to complete various different projects.

Glen is also very kind, loyal, and tender hearted. As a friend, I've seen his generosity and caring spirit.  He is the type of person that is willing to give the shirt off his back to a friend in need. He is also very devoted to his family. As a husband, I've seen how much he loves his wife, Heidi. As a father, I've seen how much he loves his children, and I truly admire how he has accepted Haley as his own daughter.

I have had the opportunity to speak with Glen on multiple occasions about the legal struggles that he has been going through. It has not been easy, but Glen has kept his faith, and seems to have learned a lot from this experience. It is my prayer that you would be gracious and merciful towards Glen. He truly is a good man with a good heart and his family needs him.

If you have any questions, or if you would like to talk to me personally about Glen, you may contact me at the number listed below. Thank you.

Sincerely,


Pastor Bert Sigala
Primera Iglesia Bautista
118 Kaufman Waxahachie TX, 75165
(214) 534-6794

August 20, 2017

To Whom it may concern,

I am writing to vouch for the character of my neighbor Thomas Glen Smith.

I have known Glen for almost two years since they purchased the place next to my family's ranch. He is a hard worker and a quick learner working side by side, we've sorted lambs and calves for auction. We moved cattle to various pastures, vaccinated and drenched goats. I have always found him to be very thoughtful with good moral character. I found that he is immensely talented with building trades. He redid the exterior of my mother's house while she was recovery from surgery.

I consider myself to be an excellent judge of character as a former Army Officer. I could tell when a soldier is being sincere or to account for wrongdoing. I am certain this is the case with Glen. Thank your for your consideration.

James Ivey
Major Aviation
Us Army Retired

August 21, 2017

To Whom it may concern,

My name is Jesse Ensinia and Thomas "Glen" Smith is my son in law. Glen is married to my oldest daughter Heidi and they have been married for over 11 years. I would like to share with you who Glen is and what he means to our family.

I have known Glen for 13 years and he has proven to be a dedicated, hard working family man with a wife, two daughters and a son. He took my granddaughter in as one of his own, never having a second thought. Glen provided 14 years of dedicated service to Ellis County Sheriff's Office, serving his community with high regard. He was always working off duty to help provide for his family, and I never heard him complain.

Glen loves working on his farm. He has continued to work hard on projects at his new house and is very handy with tools. I have worked with him on numerous projects, we work well together and respect each other's ideas.

From the beginning Glen has fit right in with our family and continues to be a vital part of our family as he is well loved and supported by all. I have seen first hand what this heavy burden has done to Glen and his family, he lost everything he worked so hard for. Glen has not been able to work during this time, only doing odd jobs, it has really taken a toll on he and his wife.

I know Glen is a remorseful person and I would hope that the court would take into consideration all of Glen's life accomplishments and the fact that he has never had any previous criminal issues.

Sincerely,

Jesse Ensinia
105 Barbara Way
Waxahachie, TX 75165

8/21/2017

To whom it may concern

     Hello, my name is Louis Essary I am a 41 year old family man with 3 boys and a wife. I am an electric utility worker full time and run a youth sports association locally in my spare time. I am also the president of the Heart of Texas Football Association which covers most of the central Texas area. I have worked hand and hand with multiple municipalities, served on the city council, and organized many community fund raisers.

     I have had the pleasure of knowing Glen Smith since I was a teenager that being over 25 years ago. Glen was a big supporter of the kids in the community and volunteered to help out the coaches and filmed the football games. He was a big supporter of us and that always stuck with me; I had a lot of respect for him. He was always a positive influence on us and the community. He even donated supplies to help out our youth when building practice baseball fields. As I got older and left for college, eventually returned home, our relationship as now two adults continued to grow. He raised two wonderful kids that were always respectful to me and my family and that was a reflection of him. Glen has a wonderful father who after the military moved into law enforcement and worked in and around the community I grew up in. Glen's father Othel Smith was well known and much respected in our community and Glen ultimately followed in his father's footsteps. Glen worked at a manufacturer plant in Hillsboro were he did quality control for several years. Eventually Glen got into law enforcement and I was proud of that because I knew he would always do the right thing for the community he served. We as a community were proud to have him as a law enforcement officer in our community.  We became what they call weekend warriors, playing softball nights and weekends. Our first team name was Steel Dimensions back in 1996. When someone on the team would argue with other players or refs Glen would step in and always be the calm guy, the voice of reason if you will. He could always bring things back in to perspective.

     Glen is a friend of mine, he is a friend of many. He is a loving father, husband, and supporter of his family. When I first learned of the charges, I did not believe it. This is out of character; keep in mind I've known Glen for almost 30 years. In a life filled with choice after choice after choice, we're bound to make a few mistakes. Life can sometimes feel like a big game of trial and error and just one mistake can change your life there and after. I know Glen is a remorseful man, who is coping with choices made. I pray the courts takes into consideration the man Glen is and I can assure you the man he will continue to be from here forward.

    Thank You

    Sincerely, Louis Essary

1

August 22, 2017

To Whom it may concern,

Hello, my name is Lissa Gonzalez and Thomas Glen Smith is my brother in law. He is married to my older sister Heidi.

I have known Glen for 13 years, when I first met him he was a jailer at the Ellis County Sheriff's Office. From the beginning Glen was an excellent hard worker eager to move up and learn more to further his career. He then moved up to become a Deputy then was promoted to Investigator. He readily took more courses, even put himself through college while still working to better himself and his family.

When Glen married my sister he took in my niece like his own daughter, provided and guided her through her life. My niece's father was never in her life, Glen was the father and role model she needed. Glen has always been a good role model for my three kids, giving them good advice, teaching them right from wrong and the importance of a good education. My kids love him so much and look up to him. Glen has always helped our family when we needed it, and I am very thankful for him. Glen also has a one of a kind personality, he is always having fun, making us laugh and keeping us entertained. Glen truly is a good person, he is caring, and always thinking of others. As for me I consider Glen my brother, my family loves him very much.

I hope the court can see what a good person Glen is and please take this into consideration.


Sincerely,

Lissa Gonzalez
105 Barbara Way
Waxahachie, TX 75165